[57 NE3d 75, 36 NYS3d 882]

THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v SPARKLE DANIEL, Respondent.

Argued June 2, 2016; decided June 30, 2016

## APPEARANCES OF COUNSEL

*Cyrus R. Vance, Jr., District Attorney*, New York City (*David P. Stromes* of counsel), and *Robert T. Johnson, District Attorney*, Bronx (*Joseph N. Ferdenzi, Peter D. Coddington* and *T. Charles Won* of counsel), for appellant.

*Seymour W. James, Jr., The Legal Aid Society*, New York City (*Natalie Rea* of counsel), for respondent.

## OPINION OF THE COURT

Appeal dismissed upon the ground that the reversal by the Appellate Division was not "on the law alone or upon the law and such facts which, but for the determination of law, would not have led to reversal" (CPL 450.90 [2] [a]).

Concur: Chief Judge DiFiore and Judges Pigott, Rivera, Abdus-Salaam, Stein, Fahey and Garcia.